ORIGINAL  FILED IN CHAMBERS
U.S.D.C. Atlanta

MAR 20 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Michael Conrade Sibley

**CRIMINAL COMPLAINT**

Case Number: 1:15-MJ-226

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 4, 2014 in Fulton County, in the Northern District of Georgia, defendant did engage in any conduct with the intent to convey false or misleading information under circumstances where such information may reasonably and where such information indicates that an activity has taken, is taking, or will take place that would constitute a violation of Chapter 40 Title 18, United States Code, 1038(a)(1); and did maliciously attempt to damage and destroy, by means of fire or an explosive, any building, vehicle, or other personal or real property in whole or in part owned and possessed by, or leased to, the United States, or any department or agency thereof, or any institution or organization receiving Federal financial assistance, in violation of Title 18, United States Code, Section 844(f)(1).

I further state that I am a Special Agent for the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Bridget G. Brock

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

March 20, 2015                              at   Atlanta, Georgia
Date                                              City and State

JANET F. KING
UNITED STATES MAGISTRATE JUDGE                   _____
Name and Title of Judicial Officer                Signature of Judicial Officer
AUSA Jessica Morris

## Affidavit in Support of Criminal Complaint

I, Bridget G. Brock, being duly sworn, depose and state the following:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for approximately 3 and one half years. Prior to the FBI I have been in Law Enforcement for approximately 15 years as a Deputy Sheriff with the Okaloosa County Sheriff's Office and as a Police Officer/Detective with the Department of Defense. I am authorized to conduct investigations and make arrests for offenses contained in Title 18 and 21 of the United States Code. As part of my duties, I have investigated, among other things, criminal activity related to domestic terrorism, bomb threats, organized crime, and financial fraud.

2. This affidavit is submitted in support of a Criminal Complaint for Michael Conrade Sibley, who is a white male, date of birth (DOB): xx/xx/1948, who resides at 1499 E. Bank Drive, Marietta, GA. There is probable cause to believe that Sibley built and later placed an Improvised Explosive Device (IED) at Vickery Creek Park, Chattahoochee River National Recreation Area. The Chattahoochee River National Recreation Area is located within the Northern District of Georgia and is Federal land under the jurisdiction of the U.S. Department of Interior, U.S. Park Service.

3. This affidavit is based upon my knowledge of the investigation and upon information received from other law enforcement officers familiar with the investigation. Because this affidavit is offered only to support the issuance of a Criminal Complaint, it does not contain all of the information learned during the course of the investigation.

4. On 11/04/2014, Roswell Police Department contacted the FBI regarding a suspicious backpack that was found on a trail in Vickery Creek Park. The device was rendered safe and evidentiary items were collected. On November 10, 2014, Lab Report 2014-02342-9, FBI Laboratory Explosive Unit Examiner Christopher Rigopoulos concluded "it is the opinion of this Explosives and Hazardous Devices Examiner that contained in the submitted items are components of two (2) partially assembled IEDs".

5. Sibley was originally interviewed on March 16, 2015 in reference to the IED placed at Vickery Creek Park. On March 20, 2015, Sibley requested to meet with Agents regarding the IED placed at Vickery Creek Park. Sibley voluntarily came to the Atlanta Filed office located at 2635 Century Parkway NE, Atlanta, GA. During the interview Sibley confessed to Agents that he planted the IED in Vickery Creek Park. Sibley stated he bought the backpack at a garage sale, and constructed what he described as a "bomb" in his residence's garage at 1499 E. Bank Drive, Marietta, GA 30068. Sibley

stated he placed a *Quran* and *The Rape of Kuwait,* along with printed out copies of the Falcons schedule, MARTA Dunwoody dates and times, and the Marcus Jewish Center locations. Sibley stated he placed these items in the books because he knew Law Enforcement would consider them "soft targets". Also within the bag was a black t-shirt with the yellow writing, including the company name "Heatcraft." Sibley further advised he bought the Heatcraft T-shirt from a garage sale and wrote a name, "Mina Khodari," in the backpack because it looked foreign. Sibley stated that once he constructed the device, he took it to Vickery Creek Park, entered the trail head and walked up a steep hill and placed it by a tree. Sibley stated he is a "patriot" and he felt no one was paying attention to what was going on the world. Sibley felt if he placed the package in a Roswell Park then people would finally get that this type of activity could happen anywhere. Sibley also admitted to using his computer to research how to make a bomb.

6. At 2:49 p.m. on March 20, 2015, Michael Conrade Sibley, was arrested at 2635 Century Parkway, NE Atlanta, GA.

7. Based on the foregoing, I submit there is probable cause to believe that on Tuesday, November 4, 2014, Michael Conrade Sibley committed violations of Title 18, United States Code, Sections 1038(a)(1)(engaging in any conduct with the intent to convey false or misleading information under

3

circumstances where such information may reasonably and where such information indicates that an activity is taking or will take place that would constitute a violation of Chapter 40) and 844(f)(1) (maliciously attempting to damage or destroy by means of fire or an explosive, or any building, vehicle, or other personal or real property in whole or in part owed and possessed by the United States, or any department or agency thereof).