**MAGISTRATE'S CRIMINAL MINUTES - COMPLAINT**  FILED IN OPEN COURT

DATE: 03/25/2015 @ 10:30 am
TAPE: FTR
TIME IN COURT: 9 minutes

| | |
|---|---|
| MAGISTRATE JUDGE: LINDA T. WALKER | COURTROOM DEPUTY CLERK: Sonya Coggins |
| CASE NUMBER: 1:15-MJ-226-JFK | DEFENDANT'S NAME: Michael Sibley |
| AUSA: Jessica Morris (not present) | DEFENDANT'S ATTY: Jerome Froelich (not present) |
| USPO / PTR: | (X) Retained  ( ) CJA  ( ) FDP  ( ) Waived |

_____ ARREST DATE _____

_____ Initial appearance hearing held.

_____ Interpreter sworn: _____

### COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.    _____ INITIAL APPEARANCE ONLY.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

_____ ORDER giving defendant _____ to employ counsel.    ( ) Verbal    ( ) cc by CRD

### PRELIMINARY HEARING

_____ Preliminary hearing set for _____ @ _____

_____ Defendant WAIVES preliminary hearing.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; defendant held to District Court

_____ Miscellaneous: _____

### BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed. Pretrial hearing set for _____ @ _____

_____ Temporary Commitment issued. Remanded to USM.

_____ Bond/Pretrial detention hearing held.

_____ Government motion for detention ( ) GRANTED  ( ) DENIED  ( ) WITHDRAWN

_____ Pretrial detention ordered.    _____ Written order to follow.

_____ BOND set at _____    _____ NON-SURETY    _____ SURETY

_____ cash    _____ property    _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

**X** Bond filed. Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion ( _____ verbal) to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

_____ See page 2