FILED IN CHAMBERS
U.S.D.C. Atlanta

JUN - 2 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION |
| | : NO.: 1:15-MJ-226 |
| MICHAEL CONRADE SIBLEY | : |

## ORDER

The Court having considered the Motion For Excludable Delay to Indict in this matter, to which the defendant has consented, and good cause having been shown, the motion is hereby GRANTED.

The government shall have until July 8, 2015, to indict or otherwise formally charge the defendant in this case. Failure to do so by this time will result in the dismissal of the above-styled complaint.

Pursuant to 18 U.S.C. §3161 (h)(7)(A), the Court finds that the ends of justice are served by granting the motion for excludable delay outweigh the public's interest in a speedy trial. Specifically, this delay will allow the government sufficient time to prepare, 18 U.S.C. §3161(h)(7)(B)(iv); and will provide the parties the reasonable time necessary to discuss the charging options presented by the facts of this case and possibly work out a mutually agreeable resolution. 18 U.S.C. §3161(h)(7)(B)(iv). The defendant's consent to the motion

sufficiently addressed the equities of their interest in a speedy trial.

Accordingly, pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv), excludable time is allowed from the date of this Order through and including July 8, 2015.

SO ORDERED this 2nd day of June, 2015.

Janet F. King
United States Magistrate Judge

Presented by:

S/Jerome J. Froelich Jr.
Jerome J. Froelich Jr.
Attorney for Defendant Michael C. Sibley